IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN JAY HUTCHISON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,<br><br>    Defendants. | Case No.: C 13-4635 CW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |

   Plaintiff Edwin Jay Hutchison, a state prisoner incarcerated at San Quentin State Prison, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights.  Defendants have filed a motion to dismiss.  Plaintiff moves for an extension of time to file his opposition.  For good cause appearing, the motion is granted.  Plaintiff's opposition is now due twenty-one days from the date of this Order.

   IT IS SO ORDERED.


Dated: 7/25/2014

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE