KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
TRACE O. MAIORINO
Deputy Attorney General
State Bar No. 179749
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5975
 Fax:  (415) 703-5843
 E-mail:  Trace.Maiorino@doj.ca.gov
*Attorneys for Defendants Glass, Loredo, Earley, Smith, Rogers, and Deems*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **EDWIN JAY HUTCHISON,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,**<br><br>                                    Defendants. | C 13-4635 CW (PR)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION TO COMPEL DISCOVERY**<br><br>Judge:          The Honorable Claudia Wilken<br>Trial Date:    n/a<br>Action Filed: October 7, 2013 |

**STIPULATION**

Plaintiff Edwin Jay Hutchison and Defendants Glass, Loredo, Earley, Smith, Rogers, and Deems jointly stipulate, the following:

///

///

///

///

///

///

1

Joint Stip. Withdraw Mot. Compel Disc. (C 13-4635 CW (PR))

1  Plaintiff has agreed to withdraw his motion to compel discovery, without prejudice. (ECF
2  No. 44.)

3  Dated: April 8, 2015

   _____
   Plaintiff Edwin Jay Hutchison

7  Dated: April 8, 2015

   _____
   Trace O. Maiorino, Deputy Attorney General
   Attorneys for Defendants Glass, Loredo, Earley,
   Smith, Rogers, and Deems

## ORDER

Plaintiff's motion to withdraw his motion to compel (ECF No. 44), without prejudice, is granted.

IT IS SO ORDERED.

Dated: 04/15/2015

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

Joint Stip. Withdraw Mot. Compel Disc. (C 13-4635 CW (PR))