Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
Carol B. Ho, SBN 286972
LAW OFFICES OF NANCY E. HUDGINS
711 Van Ness Ave., Ste 450
San Francisco, CA, 94102
415-979-0100
cbh@hudginslaw.com

Attorneys for Defendants Joe Dobie, Philip Earley, and Gary Loredo

### UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| Edwin Jay Hutchison, | ) Case No.: 4:13-cv-04635-CW |
|---|---|
| Plaintiff, | ) **NOTICE OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER RE SUBSTITUTION** |
| vs. | |
| California Prison Industry Authority, et al, | |
| Defendants | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that Defendants P. Earley, R. Glass, G. Loredo, L. Rogers, and B. Smith hereby substitutes in for their current attorneys, Caitlin Whitwell Noble, Department of Justice, Office of Attorney General, and Trace O. Maiorino, California State Attorney General's Office:

>Nancy E. Hudgins, SBN 85222 (neh@hudginslaw.com)
>Matthew M. Grigg, SBN 195951 (mmg@hudginslaw.com)
>Carol B. Ho, SBN 286972 (cbh@hudginslaw.com)
>Law Offices of Nancy E. Hudgins
>711 Van Ness Avenue, Suite 450
>San Francisco, California 94102
>Telephone: 415-979-0100
>Facsimile: 415-979-0747

//

//

//

1 | I consent to the above substitution.
2 | Dated: 04/13/2015
  | [signature: Philip Earley]
  | P. Earley
3 | Defendant

4 | I consent to the above substitution.
5 | Dated: _____
  | _____
6 | R. Glass
  | Defendant

7 | I consent to the above substitution.
8 | Dated: _____
  | _____
9 | G. Loredo
  | Defendant

10 | I consent to the above substitution.
11 | Dated: _____
  | _____
12 | L. Rogers
13 | Defendant

14 | I consent to the above substitution.
15 | Dated: _____
  | _____
16 | B. Smith
  | Defendant

17 | I consent to the above substitution.
18 | DATED:  4/10/2015
  | CALIFORNIA STATE ATTORNEY
19 | GENERAL'S OFFICE
  | /s/ Trace O. Maiorino
20 | Trace O. Maiorino

21 | I consent to the above substitution.
22 | DATED:  4/10/2015
  | DEPARTMENT OF JUSTICE
23 | OFFICE OF ATTORNEY GENERAL
  | /s/ Caitlin Whitwell Noble
24 | Caitlin Whitwell Noble

25 | I consent to the above substitution.
26 | Dated:     4/10/2015
  | LAW OFFICES OF NANCY E. HUDGINS
27 | /s/ Carol B. Ho
  | Carol B. Ho
28 |

*Hutchison v. CALPIA, et al.*
Substitution of Attorney

Case No. 4:13-cv-04635-CW
Hutchison/p/SOA 15d10

2

1 | I consent to the above substitution.

2 | Dated: _____

P. Earley
Defendant

4 | I consent to the above substitution.

5 | Dated: 4/13/2015

R. Glass
Defendant

7 | I consent to the above substitution.

8 | Dated: _____

G. Loredo
Defendant

11 | I consent to the above substitution.

12 | Dated: _____

L. Rogers
Defendant

14 | I consent to the above substitution.

15 | Dated: _____

B. Smith
Defendant

17 | I consent to the above substitution.

18 | DATED: 4/10/2015

CALIFORNIA STATE ATTORNEY
GENERAL'S OFFICE
/s/ Trace O. Maiorino
Trace O. Maiorino

21 | I consent to the above substitution.

22 | DATED: 4/10/2015

DEPARTMENT OF JUSTICE
OFFICE OF ATTORNEY GENERAL
/s/ Caitlin Whitwell Noble
Caitlin Whitwell Noble

25 | I consent to the above substitution.

26 | Dated: 4/10/2015

LAW OFFICES OF NANCY E. HUDGINS

/s/ Carol B. Ho
Carol B. Ho

| | |
|---|---|
| 1 | I consent to the above substitution. |
| 2 | Dated: _____ |
| 3 | P. Earley<br>Defendant |

```
 1  I consent to the above substitution.
 2  Dated: _____
                                              _____
 3                                            P. Earley
                                              Defendant
 4  I consent to the above substitution.
 5  Dated: _____
                                              _____
 6                                            R. Glass
                                              Defendant
 7  I consent to the above substitution.
                                              /s/ G. Loredo
 8  Dated: 4/13/2015
                                              _____
 9                                            G. Loredo
                                              Defendant
10
    I consent to the above substitution.
11
    Dated: _____
12                                            _____
                                              L. Rogers
13                                            Defendant

14  I consent to the above substitution.

15  Dated: _____
                                              _____
                                              B. Smith
16                                            Defendant

17  I consent to the above substitution.

18  DATED: 4/10/2015                          CALIFORNIA STATE ATTORNEY
                                              GENERAL'S OFFICE
19                                            /s/ Trace O. Maiorino
                                              Trace O. Maiorino
20

21  I consent to the above substitution.

22  DATED: 4/10/2015                          DEPARTMENT OF JUSTICE
                                              OFFICE OF ATTORNEY GENERAL
23                                            /s/ Caitlin Whitwell Noble
                                              Caitlin Whitwell Noble
24

25  I consent to the above substitution.

26  Dated:   4/10/2015                        LAW OFFICES OF NANCY E. HUDGINS

27                                            /s/ Carol B. Ho
                                              Carol B. Ho
28
```

*Hutchison v. CALPIA, et al.*                                                    Case No. 4:13-cv-04635-CW
Substitution of Attorney                          4                              Hutchison/p/SOA 15d10

```
 1 | I consent to the above substitution.
 2 | Dated: _____
 3 |                                          P. Earley
   |                                          Defendant
 4 | I consent to the above substitution.
 5 | Dated: _____
 6 |                                          R. Glass
   |                                          Defendant
 7 | I consent to the above substitution.
 8 | Dated: _____
 9 |                                          G. Loredo
   |                                          Defendant
10 |
11 | I consent to the above substitution.
12 | Dated: April 13, 2015                    /s/ L. Rogers
13 |                                          L. Rogers
   |                                          Defendant
14 | I consent to the above substitution.
15 | Dated: _____
16 |                                          B. Smith
   |                                          Defendant
17 | I consent to the above substitution.
18 | DATED: 4/10/2015                         CALIFORNIA STATE ATTORNEY
   |                                          GENERAL'S OFFICE
19 |                                          /s/ Trace O. Maiorino
20 |                                          Trace O. Maiorino
21 | I consent to the above substitution.
22 | DATED: 4/10/2015                         DEPARTMENT OF JUSTICE
   |                                          OFFICE OF ATTORNEY GENERAL
23 |                                          /s/ Caitlin Whitwell Noble
24 |                                          Caitlin Whitwell Noble
25 | I consent to the above substitution.
26 | Dated:   4/10/2015                       LAW OFFICES OF NANCY E. HUDGINS
27 |                                          /s/ Carol B. Ho
   |                                          Carol B. Ho
28 |
```

*Hutchison v. CALPIA, et al.*
Substitution of Attorney

Case No. 4:13-cv-04635-CW
Hutchison/p/SOA 15d10

5

1  I consent to the above substitution.
2  Dated: _____
3                                          P. Earley
                                            Defendant
4  I consent to the above substitution.
5  Dated: _____
6                                          R. Glass
                                            Defendant
7  I consent to the above substitution.
8  Dated: _____
9                                          G. Loredo
                                            Defendant
10
11 I consent to the above substitution.
12 Dated: _____
                                            L. Rogers
13                                          Defendant
14 I consent to the above substitution.
15 Dated: 4/13/2015
                                            B. Smith
16                                          Defendant
17 I consent to the above substitution.
18 DATED: 4/10/2015                         CALIFORNIA STATE ATTORNEY
                                            GENERAL'S OFFICE
19                                          /s/ Trace O. Maiorino
20                                          Trace O. Maiorino
21 I consent to the above substitution.
22 DATED: 4/10/2015                         DEPARTMENT OF JUSTICE
                                            OFFICE OF ATTORNEY GENERAL
23                                          /s/ Caitlin Whitwell Noble
24                                          Caitlin Whitwell Noble
25 I consent to the above substitution.
26 Dated:    4/10/2015                      LAW OFFICES OF NANCY E. HUDGINS
27                                          /s/ Carol B. Ho
                                            Carol B. Ho
28

1  The substitution of attorney is hereby approved and so ORDERED.

2  Dated: __04/15/2015__           _____/s/ Claudia Wilken_____
                                   Honorable Claudia Wilken
3                                  United States District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28