℠AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |
|---|---|---|

Edwin Jay Hutchison

                                    Plaintiff (s),

V.

California Prison Industry Authority, et al.

                                    Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   4:13-cv-04635-CW

Notice is hereby given that, subject to approval by the court,   A. Deems   substitutes

                                                                    (Party (s) Name)

J. Randall Andrada                                        , State Bar No.   70000   as counsel of record in

          (Name of New Attorney)

place of   Caitlin Whitwell Noble and Trace O. Maiorino                                        .

                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Andrada & Associates |
|---|---|
| Address: | 180 Grand Avenue, Suite 225, Oakland, CA 94612 |
| Telephone: | (510) 287-4160 |
| Facsimile | (510) 287-4161 |
| E-Mail (Optional): | lstocker@andradalaw.com |

I consent to the above substitution.

Date:   4-13-15

                                                (Signature of Party (s))

I consent to being substituted.

Date:   4/15/15

                                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   4/15/15

                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   April 27, 2015

                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]