UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWIN J. HUTCHISON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,<br><br>    Defendants. | Case No. 4:13-cv-04635-CW (LB)<br><br>**ORDER REGARDING DISCOVERY CASE MANAGEMENT** |

The undersigned previously set forth a process for resolving discovery disputes. (*See* 8/21/15 Order, ECF No. 101 at 2.) No joint-letter brief has been filed. Given the pending summary-judgment motion and the recent resetting of deadlines to accommodate the discovery process, the court orders the parties to submit a joint statement by October 15, 2015 (or by whatever other date the parties agree on, within reason) about the pending discovery disputes and either the parties' positions on them or a timeline for submitting a letter brief about the disputes. The parties must comply with the discovery procedures that the court ordered previously and must file any letter brief under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."

**IT IS SO ORDERED.**

Dated: September 25, 2015

_____
LAUREL BEELER
United States Magistrate Judge

Order (No: 4:13-cv-04635-CW (LB))