IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN JAY HUTCHINSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,<br><br>          Defendants.<br>_____/ | No.  C 13-04635 CW<br><br>ORDER REGARDING PLAINTIFF'S RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT |

On September 25, 2015, the Court granted Plaintiff's motion under Rule 56(d) and ordered that all discovery disputes and issues be presented to Magistrate Judge Beeler.  Docket No. 113.  The Court further ordered that Plaintiff's response to Defendants' motions for summary judgment would be due twenty-eight days after the discovery disputes were resolved.  On April 29, 2016, Magistrate Judge Beeler entered an order requiring Defendant A. Deems to produce certain photographs and stating, "Discovery is now closed."  Docket No. 181.

Defendant Deems shall file a notice when he produces the photographs.  Plaintiff's response to Defendants' motions for summary judgment is within twenty-eight days thereafter. Defendants' replies are due fourteen days after service of Plaintiff's response

IT IS SO ORDERED.


Dated:  May 3, 2016                      _____
                                         CLAUDIA WILKEN
                                         United States District Judge