IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWIN JAY HUTCHINSON,

    Plaintiff,

  v.

CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,

    Defendants.
_____/

No. C 13-04635 CW

ORDER REGARDING PLAINTIFF'S RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT

    On September 25, 2015, the Court granted Plaintiff's motion under Rule 56(d) and ordered that all discovery disputes and issues be presented to Magistrate Judge Beeler. Docket No. 113. The Court further ordered that Plaintiff's response to Defendants' motions for summary judgment would be due twenty-eight days after the discovery disputes were resolved. On April 29, 2016, Magistrate Judge Beeler entered an order requiring Defendant A. Deems to produce certain photographs and stating, "Discovery is now closed." Docket No. 181.

    Defendant Deems shall file a notice when he produces the photographs. Plaintiff's response to Defendants' motions for summary judgment is within twenty-eight days thereafter. Defendants' replies are due fourteen days after service of Plaintiff's response

    IT IS SO ORDERED.

Dated: May 3, 2016

                                    CLAUDIA WILKEN
                                    United States District Judge

**United States District Court**
For the Northern District of California