IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWIN JAY HUTCHINSON,

       Plaintiff,

  v.

CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,

       Defendants.
_____/

No. C 13-04635 CW

FURTHER ORDER REGARDING PLAINTIFF'S RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT

On May 3, 2016, the Court ordered Defendant A. Deems to file a notice when he produced certain photographs to Plaintiff Edwin Hutchinson. The Court further ordered that Plaintiff's response to Defendants' motions for summary judgment would be due within twenty-eight days thereafter. On May 6, 2016, Defendant Deems filed a notice that he produced the photographs to Plaintiff on that date. Docket No. 184. Accordingly, Plaintiff's response to the motions for summary judgment should be due by Friday, May 27, 2016. On May 9, 2016, Plaintiff wrote a letter to the Court stating that he would not respond to the motions for summary judgment until twenty-eight after he received color photographs. Docket No. 185. However, Magistrate Judge Beeler's discovery order does not require the production of color photographs. Docket No. 181.

Plaintiff's response to Defendants' motions for summary judgment is due by June 13, 2016. Defendants' response is due within fourteen days thereafter. If Plaintiff fails to respond

to the motions for summary judgment by June 13, 2016, the Court may consider the motions to be unopposed or dismiss the case for failure to prosecute.

    IT IS SO ORDERED.

Dated: May 16, 2016

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN JAY HUTCHISON,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,<br><br>    Defendants. | Case No.  13-cv-04635-CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin Jay Hutchison ID: P-68859
1-N-34
San Quentin State Prison
One Main St.
San Quentin, CA 94964

Dated: May 16, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nichole Peric, Deputy Clerk to the Honorable CLAUDIA WILKEN

3