IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN JAY HUTCHINSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-04635 CW<br><br>THIRD ORDER REGARDING PLAINTIFF'S RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT |

On May 16, 2016, the Court conditionally granted a motion for extension of time filed by Attorney William Most who is considering taking pro se Plaintiff Edwin Hutchinson's case. The Court advised Mr. Hutchinson and Mr. Most that it would grant the motion for extension of time to file Mr. Hutchinson's opposition to the motions for summary judgment if Mr. Hutchinson filed a notice of consent to the motion for extension of time, including a statement of his understanding that, absent a showing of extraordinary good cause, the deadline for opposing the motions will not be extended again if Mr. Most decides not to take the case.

Mr. Hutchinson has now filed such a notice. However, the notice states that, if Mr. Most decides not to take the case, Mr. Hutchinson will file his pro se opposition to the motions for

summary judgment "at the deadline the Court deems is appropriate." Docket No. 193.  If Mr. Most decides not to take Mr. Hutchinson's case, his pro se opposition will be due on the deadline requested by Mr. Most, July 22, 2016.  As previously stated, absent a showing of extraordinary cause, the Court will not extend the deadline if Mr. Most decides not to take the case.

   IT IS SO ORDERED.

Dated: June 14, 2016

CLAUDIA WILKEN
United States District Judge